Filed 6/9/21  P. v. Trachy CA3

NOT TO BE PUBLISHED

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Tehama)

----

| | |
|---|---|
| THE PEOPLE, | C092698 |
| Plaintiff and Respondent, | (Super. Ct. No. NCR96764) |
| v. | |
| KATRINA CAY TRACHY, | |
| Defendant and Appellant. | |

In 2016, defendant pled guilty to second degree commercial burglary (Pen. Code, § 459) in case No. NCR95451 and felony child abuse (Pen. Code, § 273a, subd. (a)) in case No. NCR96764 for a stipulated sentence of five years' probation with 210 days in county jail and 80 hours of community service.  Defendant was also advised she faced a maximum potential exposure of six years eight months.  In accordance with the plea, the trial court granted her five years' probation.

Approximately seven months later, defendant admitted violating probation.  The trial court reinstated her on probation.  Defendant admitted a second probation violation

1

in 2020. The trial court revoked probation and sentenced her to the midterm of four years in state prison with 432 days of presentence custody credits.

The trial court denied defendant's request for a certificate of probable cause.

## DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised by counsel of her right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.


/s/
Robie, Acting P. J.



We concur:


/s/
Murray, J.


/s/
Duarte, J.

2